AO 443 (ev. 11/11) Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

RECEIVED
U.S. MARSHA[L]
2019 AUG 20 PM 4:32
N/IA
CEDAR RAPIDS

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Fernando Bartolo Francisco<br>*Defendant* | )<br>)  Case No. 19-SM-21<br>)<br>)<br>) |

## WARRANT FOR THE ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Fernando Bartolo Francisco, a person

☐ who has been served with a subpoena to appear in this case and has failed to do so.
☑ who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date: 08/20/2019

*Issuing officer's signature*

City and state: Sioux City, Iowa

Kelly K.E. Mahoney, U.S. Magistrate Judge
*Printed name and title*

---

### Return

**Suspect arrested by ICE**

This warrant was received on *(date)* ~~ICE~~ ~~Agency Name~~, and the person was arrested on *(date)* on 8/23/2019 in the Northern District of Iowa

at *(city and state)*

Date:

*Arresting officer's signature*

**USMS Signature**

*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of witness: Fernando Bartolo Francisco

Known aliases: _____

Last known residence: _____

Prior addresses to which witness may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____