# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. FERNANDO BARTOLO FRANCISCO, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 19-sm-21-KEM<br>Presiding Judge: KELLY K. E. MAHONEY, CHIEF MAGISTRATE<br>Deputy Clerk: des<br>Official Court Record: FTR Gold   Contract?<br>Contact Information: |

| Date: | 9/03/2019 | Start: | 3:21 PM | Adjourn: | 3:24 PM | Courtroom: | |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? |
| Appearances: | Plaintiff(s): | AUSA Kevin Fletcher | | | | | |
| | Defendant(s): | Douglas Roerich (defendant personally present) | | | | | |
| | U.S. Probation: | | | | | | |
| | Interpreter: | | | Language: | | Certified: | Phone: |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE:    AND/OR    ARRAIGNMENT:

Contested?   Continued from a previous date?

Was defendant *Mirandized*?
Defendant pleaded
Counsel: Retained:   or   Appointed:   FPD/CJA Panel:
Did defendant provide financial affidavit?
Did the government move for detention?   Was the defendant detained?
Detention hearing:

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Court not able to reach scheduled TIP interpreter. Hearing will be rescheduled.