# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. FERNANDO BARTOLO FRANCISCO, Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: 19-SM-21-KEM<br>Presiding Judge: KELLY MAHONEY, CHIEF MAGISTRATE<br>Deputy Clerk: mmc<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 9/9/2019 | Start: | 10:39 AM | Adjourn: | 10:50 AM | Courtroom: | SC1st Fl | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Kevin Fletcher | | | | |
|---|---|---|---|---|---|---|
| | Defendant(s): | CJA Douglas Roehrich (defendant appears personally) | | | | |
| | U.S. Probation: | Matt Sturdevant | | | | |
| | Interpreter: | Jose: Interpreter #671002 | Language: | Kanjobal | Certified: Y | Phone: Y |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** X | **AND/OR** | **ARRAIGNMENT:** | |
|---|---|---|---|---|
| | | Contested? No | Continued from a previous date? | No |

| | | |
|---|---|---|
| Date of Warrant Issued: | 8/20/2019 | |
| Was defendant *Mirandized*? | Yes | |
| Counsel: Retained: or Appointed: X FPD/Other: | Douglas Roehrich | |
| Did defendant provide financial affidavit? | Yes | |
| Did the government move for detention? Yes | Was the defendant detained? | Yes |
| Was a detention hearing set? No | Date: | |
| Was a preliminary hearing set? No | Date: | |
| **Witness/Exhibit List is** | -- | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| **Miscellaneous:** | Defendant was advised that the government indents to call defendant as a witness at a trial currently scheduled for 10/7/2019. Defendant was detained after a detention hearing held in Nebraska. Deadline for government to file status report set for 9/23/2019. | |

Page **1** of 1