IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 19-SM-21-KEM |
| vs. | ) | |
| FERNANDO BARTOLO-FRANCISCO, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S STATUS REPORT**

COMES NOW, the government, and provides a Status Report concerning the material witness, Francisco Bartolo-Francisco pursuant to the Court's hearing on September 9, 2019. (Doc 10). First, the material witness is needed by the government for the trial set for December 2, 2019, in *United States v. Cristobal Francisco-Nicolas and Amy Francisco*, Case No. 19-CR-4045-LTS. (Doc 24). Second, counsel for the material witness has been asked if his client wishes to stay in custody until the trial in December 2019, or if his client wishes to have a deposition taken prior to trial. Counsel for the material witness will let the government know how his client wishes to proceed. Third, counsel for defendant, Amy Francisco, in Case No. 19-CR-4045-LTS told the government that the defendant requests the presence of the material witness at the trial, but a final decision concerning a deposition of the material witness will be made the first of the week of September 30, 2019. Finally, counsel for defendant, Cristobal Francisco-Nicolas, in Case No. 19-CR-4045-LTS will let the government know how his client

1

wishes to proceed. The government will provide the Court with an update concerning the material witness upon hearing back from counsel.

Respectfully Submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: *s/ Kevin C. Fletcher*

KEVIN C. FLETCHER
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
kfletcher@usa.doj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on September 23, 2019 September 23, 2019.

UNITED STATES ATTORNEY

BY:  s/ Michelle Hatting

COPIES TO:

Douglas Roehrich
Nathan Lab
Brad Hansen